**CHIEF JUSTICE**
 ROGELIO VALDEZ

**JUSTICES**
 NELDA V. RODRIGUEZ
 DORI CONTRERAS GARZA
 GINA M. BENAVIDES
 GREGORY T. PERKES
 NORA L. LONGORIA

**CLERK**
 DORIAN E. RAMIREZ



# Court of Appeals

## Thirteenth District of Texas

NUECES COUNTY COURTHOUSE
901 LEOPARD, 10TH FLOOR
CORPUS CHRISTI, TEXAS 78401
361-888-0416 (TEL)
361-888-0794 (FAX)

HIDALGO COUNTY
ADMINISTRATION BLDG.
100 E. CANO, 5TH FLOOR
EDINBURG, TEXAS 78539
956-318-2405 (TEL)
956-318-2403 (FAX)

June 12, 2014

Hon. Eduardo Roberto Rodriguez
50 W. Morrison Rd., Suite A
Brownsville, TX 78520

Hon. David G. Oliveira
Roerig, Oliveira & Fisher, L. L. P.
855 West Price Road, Suite 9
Brownsville, TX 78520

Hon. Kurt B. Arnold
Attorney at Law
6009 Memorial Drive
Houston, TX 77007

Hon. Alfred Rufty
Harris & Rufty, LLP
650 Poydras Street, Suite 2710
New Orleans, LA 70130

Hon. Jason A. Itkin
Attorney at Law
6009 Memorial Dr.
Houston, TX 77007

Hon. Matthew Skrabanek
6009 Memorial Drive
Houston, TX 77007

Re:      Cause No. 13-14-00323-CV
Tr.Ct.No. 2008-07-4045-D
Style:   In Re Oceanografia, S. A. de C. V. Otto Candies, LLC, Candies Mexican
         Investments, and OSA International

Enclosed please find a copy of an order issued by this Court on this date.

Very truly yours,

Dorian E. Ramirez, Clerk

DER:ch
Enc.
cc:   103rd District Court
      Hon. Aurora De La Garza, District Clerk Cameron County